DOWD & CLEMENS, INC., Respondent, *v.* EMILY K. GOODWIN et al., Appellants.

*Commissions — brokers — action to recover real estate brokers' commissions on making lease — defense that another was procuring cause.*

*Dowd & Clemens, Inc.,* v. *Goodwin,* 222 App. Div. 737, affirmed.
(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover real estate broker's commissions on the making of a lease. The question was whether the lease referred to was the result of plaintiff's efforts or whether another broker was the procuring cause.

*James E. Duross* for appellants.

*Louis L. Archer* and *Joseph V. Mitchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

AUGUSTA RUKEYSER, Respondent, *v.* ALABAMA HOLDING CORPORATION, Appellant.

*Negligence — landlord and tenant — buildings — elevator — injury to tenant from dropping of elevator she was about to enter caused by interference with control lever by child.*

*Rukeyser* v. *Alabama Holding Corp.,* 221 App. Div. 858, affirmed.
(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a tenant in defendant's building, was about to enter

one of its elevators when a child standing near the operator pulled the lever which controlled the movement of the car. It dropped about eighteen inches causing plaintiff to fall, from which she received the injuries complained of.

*Walter G. Evans, William G. Walsh* and *Grattan B. Shults* for appellant.

*Manton Marks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARGARET KEANE, as Administratrix of the Estate of JOHN KEANE, Deceased, Respondent, *v.* NINTH AVENUE RAILROAD COMPANY, Appellant, Impleaded with Another.

*Negligence — railroads — streets — pedestrian killed by street car while crossing tracks at street corner.*

*Keane* v. *Ninth Ave. R. R. Co.,* 222 App. Div. 663, affirmed.

(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been caused through the negligence of defendant. Intestate while crossing Amsterdam avenue at Ninety-sixth street in the city of New York was struck by one of defendant-appellant's south-bound cars and received injuries from which he died.

*William J. Curtin* and *Michel Kirtland* for appellant.

*Milton Speiser* and *Joseph Speiser,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.